**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, DON DOSER, in their
respective capacities as Trustees of the
OPERATING ENGINEERS HEALTH AND
WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA,

        Plaintiffs,

 v.

ALAKHDEO PRASAD SINGH, individually
and d.b.a. Standard Engineering,

        Defendant.

_____/

No. C 03-4468 JSW

**ORDER ADOPTING REPORT
AND RECOMMENDATION RE
PLAINTIFFS' MOTION FOR
DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Maria-Elena James's Report and
Recommendation re Plaintiffs' Motion for Default Judgment.  The Court finds the Report
correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, default
judgment is GRANTED and Plaintiffs are awarded $11,238.42 in damages and $2,537.00 in
attorneys' fees and costs.

      **IT IS SO ORDERED.**

Dated: July 14, 2005

                                /s/ Jeffrey S. White
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE