IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,

    Plaintiffs,

v.

ALAKHDEO PRASAD SINGH, individually and d.b.a. Standard Engineering,

    Defendant.

No. C 03-4468 JSW

**JUDGMENT**

It is hereby ORDERED AND ADJUDGED that default judgment is entered and the action is dismissed with prejudice. The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $13,775.42.

**IT IS SO ORDERED.**

Dated: July 14, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE